# Exhibit B

SECRET//20320110



Central Intelligence Agency

Washington, D.C. 20505

February 10, 2006

APPROVED FOR RELEASE
DATE: APR 2007

Mrs. Valerie Wilson
4612 Charleston Terrace, NW
Washington, DC 20007

Dear Mrs. Wilson,

This letter is in response to your recent telephone conversation with ▇▇▇ regarding when you would be eligible to receive your deferred annuity. Per Federal statute, employees participating under the Federal Employees Retirement System (FERS) Special Category, who have acquired a minimum of 20 years of service, are eligible to receive their deferred annuity at their Minimum Retirement Age (MRA).

SECRET//20320110

SECRET//20320110



| | Dates of Service | Years/Months/Days |
|---|---|---|
| CIA (P/T 40) | 01/01/2002 - 12/31/2002 | 01 year, 00 months, 00 days |
| CIA (P/T 40) | 01/01/2003 - 12/31/2003 | 01 year, 00 months, 00 days |
| CIA (P/T 40) | 01/01/2004 - 08/07/2004 | 00 years, 07 months, 07 days |
| CIA (LWOP) | 08/08/2004 - 12/31/2004 | 00 years, 04 months, 23 days (no excess) |
| CIA | 01/01/2005 - 01/09/2006 | 01 years, 00 months, 09 days |

The above figures are estimates for your planning purposes. The Office of Personnel Management, as the final adjudicator of creditable service and annuity computations, determines final annuity amounts. Please let me know if I can be of any further assistance.

Sincerely,

Chief, Retirement & Insurance Services

SECRET//20320110