David B. Smallman (DS-5316)
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
dsmallman@wmd-law.com

*Attorneys for Plaintiffs*
*Valerie Plame Wilson and Simon & Schuster, Inc.*

Elizabeth A. McNamara (EAM-1987)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, NY 10019
Tel: (212) 489-8230
Fax: (212) 489-8340
lizmcnamara@dwt.com



*Attorneys for Plaintiff Simon & Schuster, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERIE PLAME WILSON;<br>SIMON & SCHUSTER, INC.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>J. MICHAEL MCCONNELL,<br>IN HIS OFFICIAL CAPACITY AS DIRECTOR<br>OF NATIONAL INTELLIGENCE;<br>CENTRAL INTELLIGENCE AGENCY;<br>GEN. MICHAEL V. HAYDEN, IN HIS<br>OFFICIAL CAPACITY AS DIRECTOR OF<br>CENTRAL INTELLIGENCE AGENCY,<br><br>　　　　Defendants. | 07 CIV 4595<br>ECF CASE<br><br>Civil Action No:<br><br>**Rule 7.1 Statement** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Plaintiffs Valerie Plame Wilson and Simon & Schuster, Inc. certify that CBS

Corporation (a Delaware corporation), a publicly-traded company, owns 100% of the stock of CBS Operations Inc. (a Delaware corporation), which is the sole member of French Street Management LLC (a Delaware limited liability company), which owns 100% of the stock of Simon & Schuster, Inc. (a New York corporation).

Dated: May 31, 2007
      New York, New York

WOLLMUTH MAHER & DEUTSCH LLP

By: _____
David B. Smallman (DS-5316)

500 Fifth Avenue
New York, NY 10101
Tel: (212) 382-3300
Fax: (212) 382-0050
dsmallman@wmd-law.com

*Attorneys for Plaintiffs*
*Valerie Plame Wilson and Simon & Schuster, Inc.*

DAVIS WRIGHT TREMAINE LLP
Elizabeth A. McNamara (EAM-1987)
1633 Broadway, 27th Floor
New York, NY 10019
Tel: (212) 489-8230
Fax: (212) 489-8340
lizmcnamara@dwt.com

*Attorneys for Plaintiff Simon & Schuster, Inc.*