David B. Smallman (DS-5316)
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
dsmallman@wmd-law.com

*Attorneys for Plaintiffs*
*Valerie Plame Wilson and Simon & Schuster, Inc.*

Elizabeth A. McNamara (EAM-1987)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, NY 10019
Tel: (212) 489-8230
Fax: (212) 489-8340
lizmcnamara@dwt.com

*Attorneys for Plaintiff Simon & Schuster, Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERIE PLAME WILSON; SIMON & SCHUSTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> J. MICHAEL MCCONNELL, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF NATIONAL INTELLIGENCE; CENTRAL INTELLIGENCE AGENCY; GEN. MICHAEL V. HAYDEN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF CENTRAL INTELLIGENCE AGENCY, <br><br> Defendants. | **ECF CASE** <br><br> 07 CV 04595 (BSJ) <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                                    S.S.:
COUNTY OF NEW YORK  )

      MATTHEW C. MAHADY, being duly sworn, deposes and says that he is over the age of eighteen years, is employed at the law firm Wollmuth Maher & Deutsch LLP, and is not a party to this action.

      That on the 31st day of May 2007, at approximately 11:42 a.m., deponent served true copies of the (i) CIVIL COVER SHEET, (ii) SUMMONS IN A CIVIL CASE, (iii) COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF and (iv) RULE 7.1 STATEMENT upon the United States Attorney for the Southern District of New York at 86 Chambers Street, 3rd Floor, New York, New York 10007, by personally delivering and leaving the same with Aretha Charles.

      Aretha Charles is an African American female, approximately 38 years of age, stands 5 feet 3 inches tall, and weighs approximately 125 pounds with dark brown hair and brown eyes.

                                             Matthew C. Mahady

Sworn to before me this
1st day of June, 2007

_____
Notary Public

KATIA L. SPERDUTO
Notary Public, State of New York
No. 01SP6099088
Qualified in Queens County
Commission Expires September 22, 2007

2