David B. Smallman (DS-5316)
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
dsmallman@wmd-law.com

*Attorneys for Plaintiffs*
*Valerie Plame Wilson and Simon & Schuster, Inc.*

Elizabeth A. McNamara (EAM-1987)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, NY 10019
Tel: (212) 489-8230
Fax: (212) 489-8340
lizmcnamara@dwt.com

*Attorneys for Plaintiff Simon & Schuster, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERIE PLAME WILSON;<br>SIMON & SCHUSTER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>J. MICHAEL MCCONNELL,<br>IN HIS OFFICIAL CAPACITY AS DIRECTOR<br>OF NATIONAL INTELLIGENCE;<br>CENTRAL INTELLIGENCE AGENCY;<br>GEN. MICHAEL V. HAYDEN, IN HIS<br>OFFICIAL CAPACITY AS DIRECTOR OF<br>CENTRAL INTELLIGENCE AGENCY,<br><br>Defendants. | **ECF CASE**<br><br>07 CV 04595 (BSJ)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK       )
                                        S.S.:
COUNTY OF NEW YORK   )

      MATTHEW E. BOST, being duly sworn, deposes and says that he is over the age of eighteen years, is employed at the law firm Wollmuth Maher & Deutsch LLP, and is not a party to this action.

      That on the 31st day of May 2007, deponent served true copies of the (i) SUMMONS IN A CIVIL CASE, (ii) COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF and (iii) RULE 7.1 STATEMENT upon the following by certified mail:

> J. Michael McConnell
> Director of National Intelligence
> Office of the Director of National Intelligence
> Washington, DC  20511
>
> Central Intelligence Agency
> Washington, DC  20505
>
> Gen. Michael V. Hayden
> Director, Central Intelligence Agency
> Central Intelligence Agency
> Washington, DC  20505

                                        */s/ Matthew E. Bost*
                                          Matthew E. Bost

Sworn to before me this
1st day of June, 2007

_____
    Notary Public

**SARA ZINAB SIDDIQ**
**Notary Public, State of New York**
**No. 01SI6156374**
**Qualified in New York County**
**Commission Expires Nov. 27, 2010**