$I_{\wedge \circ}$, T

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

VALERIE PLAME WILSON;
SIMON & SCHUSTER, INC.

    Plaintiffs,

          v.

J. MICHAEL MCCONNELL,
IN HIS OFFICIAL CAPACITY AS DIRECTOR
OF NATIONAL INTELLIGENCE;
CENTRAL INTELLIGENCE AGENCY;
GEN. MICHAEL V. HAYDEN, IN HIS
OFFICIAL CAPACITY AS DIRECTOR OF
CENTRAL INTELLIGENCE AGENCY,

    Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/07

Civil Action No: 07 CV 4595 (BSJ)

**STIPULATED** ~~[PROPOSED]~~ **SCHEDULING ORDER**

    Plaintiffs Valerie Plame Wilson and Simon & Schuster, Inc. ("Plaintiffs") and defendants J. Michael McConnell, Central Intelligence Agency and Gen. Michael V. Hayden ("Defendants") hereby stipulate and agree to the following schedule concerning the service of any motions for summary judgment and any application for injunctive relief in this action. It is further stipulated and agreed that all papers shall be exchanged and served electronically on the dates indicated. It is agreed as follows:

    1. Plaintiffs shall serve upon Defendants and file their motion for summary judgment and any application for injunctive relief no later than June 26, 2007.

    2. Defendants shall serve upon Plaintiffs and file their opposition to Plaintiffs' motion and any application by Plaintiffs for injunctive relief no later than July 11, 2007, and Defendants shall also serve upon Plaintiffs and file their cross-motion for summary judgment no later than July 11, 2007.



3. Plaintiffs shall serve upon Defendants and file their reply and opposition papers no later than July 18, 2007.

Dated: New York, NY
June 14, 2007

        WOLLMUTH MAHER & DEUTSCH LLP

        By: _____
            David B. Smallman

        500 Fifth Avenue
        New York, New York 10110
        Tel: (212) 382-3800
        Fax: (212) 382-0050
        dsmallman@wmd-law.com

        *Attorneys for Plaintiffs*

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York

        By: _____
            Benjamin H. Torrance

        Assistant United States Attorney
        U.S. Attorney's Office, SDNY
        86 Chambers Street
        New York, New York 10007
        Tel: (212) 637-2703
        Fax: (212) 637-2702
        benjamin.torrance@usdoj.gov

        *Attorneys for Defendants*

SO ORDERED:

_____
BARBARA S. JONES, U.S.D.J.
6/18/07

2