# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/07

**VIA FAX**              June 22, 2007

Hon. Barbara S. Jones
United States Courthouse
500 Pearl Street, Room 620
New York, NY 10007

    Re: *Valerie Plame Wilson; Simon & Schuster, Inc. v. J. Michael McConnell, Director of National Intelligence; Central Intelligence Agency, et al.*, No. 07 CV 4595 (BSJ)

Dear Judge Jones:

    My firm represents plaintiff Valerie Plame Wilson, and also represents, together with Elizabeth McNamara and her firm Davis Wright Tremaine LLP, plaintiff Simon & Schuster, Inc. in the above-referenced action.

    In accordance with the Scheduling Conference held by the Court on June 12, 2007, we are writing to inform the Court of a minor delay arising from discussions regarding sealing issues and defendant CIA's preparation of a certified administrative record. Accordingly, counsel for plaintiffs and defendants have today prepared and submitted to the Clerk of the Court for consideration by Your Honor a Stipulated Proposed Revised Scheduling Order. The proposed revisions would, if approved by the Court, add only two days to the existing schedule, so that plaintiffs' opening brief would be filed on or before June 28, rather than June 26, defendants' cross-motion and opposition would be filed on or before July 13, rather than July 11, and reply papers would be filed by all parties on or before July 20, rather than July 18.

                                           Respectfully Yours,

                                           David B. Smallman

cc: All Counsel (Via Fax and Email)

*Application granted.*

SO ORDERED
Dated: 6/25/07

BARBARA S. JONES
U.S.D.J.