Jones, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/07

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

VALERIE PLAME WILSON;
SIMON & SCHUSTER, INC.

Plaintiffs,

v.

J. MICHAEL MCCONNELL,
IN HIS OFFICIAL CAPACITY AS DIRECTOR
OF NATIONAL INTELLIGENCE;
CENTRAL INTELLIGENCE AGENCY;
GEN. MICHAEL V. HAYDEN, IN HIS
OFFICIAL CAPACITY AS DIRECTOR OF
CENTRAL INTELLIGENCE AGENCY,

Defendants.

Civil Action No: 07 CV 4595 (BSJ)

**STIPULATED [redacted] REVISED SCHEDULING ORDER**

Plaintiffs Valerie Plame Wilson and Simon & Schuster, Inc. ("Plaintiffs") and defendants J. Michael McConnell, Central Intelligence Agency and Gen. Michael V. Hayden ("Defendants") hereby stipulate and agree to the following revised schedule concerning the service of any motions for summary judgment and any application for injunctive relief in this action. It is further stipulated and agreed that all papers shall be exchanged and served electronically on the dates indicated. It is agreed as follows:

1. Plaintiffs and Defendants previously submitted to the Court a Stipulated Proposed Scheduling Order on June 14, 2007. On June 18, 2007, the Court "so ordered" that Stipulated Scheduling Order.

2. Because Defendant CIA , in accordance with Scheduling Conference with the Court on June 12, 2007, is preparing a certified copy of the administrative record, but the table of contents for that document was not available to plaintiffs until after 5 pm June 22, 2007, and a copy of the certified record will not be available until June 25, 2007 at the earliest, and because the parties are seeking to resolve certain outstanding issues about sealing issues with the record, an

additional forty eight hours (two days) is needed by the parties to address those issues and for the filing of their respective papers.

3. The additional two days requested to the Stipulated Scheduled Order entered on June 18, 2007 will not unduly delay full completion of the briefing of the motions or applications for injunctive relief.

4. No prior request for an extension of time to the Stipulated Scheduling Order has been made to the Court.

5. Plaintiffs shall serve upon Defendants and file their motion for summary judgment and any application for injunctive relief no later than June 28, 2007.

6. Defendants shall serve upon Plaintiffs and file their opposition to Plaintiffs' motion and any application by Plaintiffs for injunctive relief no later than July 13, 2007, and Defendants shall also serve upon Plaintiffs and file their cross-motion for summary judgment no later than July 13, 2007.

7. Plaintiffs shall serve upon Defendants and file their reply and opposition papers no later than July 20, 2007.

Dated: New York, NY
June 22, 2007

WOLLMUTH MAHER & DEUTSCH LLP

By: ______________________
David B. Smallman

500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3800
Fax: (212) 382-0050
dsmallman@wmd-law.com

*Attorneys for Plaintiffs*

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: ______________________
Benjamin H. Torrance

Assistant United States Attorney
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, New York 10007
Tel: (212) 637-2703
Fax: (212) 637-2702
benjamin.torrance@usdoj.gov

*Attorneys for Defendants*

SO ORDERED:

______________________
BARBARA S. JONES, U. S. D. J.
6/25/07