MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: BENJAMIN H. TORRANCE
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Telephone: 212.637.2703
Fax: 212.637.2702

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
VALERIE PLAME WILSON et al., :
:
Plaintiffs, :
: 07 Civ. 4595 (BSJ)
v. :
: **DECLARATION OF**
J. MICHAEL MCCONNELL et al., : **BENJAMIN H. TORRANCE**
:
Defendants. :
------------------------------------------------------------ x

      BENJAMIN H. TORRANCE, pursuant to 28 U.S.C. § 1746, declares the following:

      1.      I am an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for defendants in the above-captioned action.  I have been assigned to defend this matter and am familiar with the proceedings herein.

      2.      Attached hereto is a true and correct copy of the Administrative Record (Unclassified).

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York                     /s/ Benjamin H. Torrance
       June 28, 2007                                BENJAMIN H. TORRANCE
                                                    Assistant United States Attorney
                                                    Telephone: 212.637.2703
                                                    Fax: 212.637.2702