UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
VALERIE PLAME WILSON et al.,
: 
            Plaintiffs,
:
                07 Civ. 4595 (BSJ)
      v.
:
                NOTICE OF FILING OF
J. MICHAEL MCCONNELL et al.,
                CLASSIFIED DOCUMENT
:
           Defendants.
------------------------------------------------------------ x

      Defendants J. Michael McConnell, Central Intelligence Agency, and Michael V. Hayden, through their undersigned counsel, hereby provide notice that they are filing the following classified document for the Court's *in camera*, *ex parte* review: Administrative Record (Classified).

      This submission is classified pursuant to Executive Order 12958, 60 Fed. Reg. 19825 (Apr. 17, 1995), as amended by Executive Order 13292, 68 Fed. Reg. 15315 (Mar. 25, 2003), and cannot be disclosed without proper authorization. Therefore, this submission has been filed for secure storage and secure transmission to the Court (upon request) with the United States Department of Justice Litigation Security Group. The Court may contact the Litigation Security Group directly at 20 Massachusetts Avenue, NW, 5th Floor, Washington, D.C., 202.514.9016, or contact the undersigned counsel to assist in securing delivery of this submission for review at the Court's convenience.

Dated:  New York, New York
         June 28, 2007

                                              Respectfully submitted,

                                              MICHAEL J. GARCIA
                                              United States Attorney for the
                                              Southern District of New York
                                              Attorney for Defendant

                             By:    /s/ Benjamin H. Torrance
                                              BENJAMIN H. TORRANCE
                                              Assistant United States Attorney
                                              86 Chambers Street
                                              New York, New York 10007
                                              Telephone: 212.637.2703
                                              Fax: 212.637.2702