UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

VALERIE PLAME WILSON;  : **ECF**
SIMON & SCHUSTER, INC.,  :
                                     : Case No. 07 CV 4595 (BSJ)
        Plaintiffs,  :

        v.  :

J. MICHAEL MCCONNELL,  :
IN HIS OFFICIAL CAPACITY AS DIRECTOR  :
OF NATIONAL INTELLIGENCE;  :
CENTRAL INTELLIGENCE AGENCY;  :
GEN. MICHAEL V. HAYDEN,  :
IN HIS OFFICIAL CAPACITY AS DIRECTOR  :
OF CENTRAL INTELLIGENCE AGENCY,  :

        Defendants.  :

---------------------------------------------------------- x

**NOTICE OF MOTION OF PLAINTIFFS
VALERIE PLAME WILSON AND SIMON & SCHUSTER, INC.
FOR SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION**

        PLEASE TAKE NOTICE that – pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Civil Rules for the Southern District of New York, as well as the accompanying Memorandum of Law of Valerie Plame Wilson and Simon & Schuster, Inc. in Support of Their Motion for Summary Judgment and For A Permanent Injunction, dated June 28, 2007, the Declaration of David B. Smallman in Support of the Motion of Valerie Plame Wilson and Simon & Schuster, Inc. for Summary Judgment and For A Permanent Injunction of Valerie Plame Wilson and Simon & Schuster, Inc., made on June 28, 2007, and the exhibits annexed thereto, the Statement Pursuant to Local Civil Rule 56.1 in Support of the Motion of Valerie Plame Wilson and Simon & Schuster, Inc. for Summary Judgment and For Permanent Injunction, dated June 28, 2007, and the classified and unclassified administrative record submitted by defendants in the above-captioned action – the undersigned attorneys for Valerie Plame

Wilson and Simon & Schuster, Inc. will move before The Honorable Barbara S. Jones, on Friday, July 20, 2007 at 9:30 a.m. or at such other time as shall be determined by the Court, in Courtroom 18B at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an Order granting Summary Judgment and Permanent Injunction for Valerie Plame Wilson and Simon & Schuster, Inc. as to the Complaint of Plaintiffs Valerie Plame Wilson and Simon & Schuster, Inc., dated May 31, 2007. Valerie Plame Wilson and Simon & Schuster, Inc. request oral argument on this Motion.

Dated: June 29, 2007
      New York, New York

WOLLMUTH MAHER & DEUTSCH LLP

By: _____
David B. Smallman (DS-5316)

500 Fifth Avenue
New York, NY 10101
Tel: (212) 382-3300
Fax: (212) 382-0050
dsmallman@wmd-law.com

*Attorneys for Plaintiffs*
*Valerie Plame Wilson and Simon &*
*Schuster, Inc.*

DAVIS WRIGHT TREMAINE LLP
Elizabeth A. McNamara (EAM-1987)
1633 Broadway, 27th Floor
New York, NY 10019
Tel: (212) 489-8230
Fax: (212) 489-8340
lizmcnamara@dwt.com

*Attorneys for Plaintiff Simon & Schuster,*
*Inc.*

To:

    MICHAEL J. GARCIA
    United States Attorney for the Southern
    District of New York
    Attorney for Defendants

    Assistant United States Attorney for the
      Southern District of New York
    BENJAMIN H. TORRANCE
    86 Chambers Street
    New York, New York 10007
    Telephone: 212.637.2703