# Exhibit B

EXHIBIT FILED UNDER SEAL

EXHIBIT FILED UNDER SEAL