# Exhibit D

Valerie E. Wilson
4612 Charleston Terrace, NW
Washington, DC 20007

January 12, 2007

The Honorable Jay Inslee
403 Cannon House Office Building
Washington, DC 20515

Dear Congressman Inslee,

In response to your request regarding an attachment to the proposed bill authorizing the payment of my Federal Government annuity, I have no objections to any otherwise permissible inclusion of my personal financial information as contained in an annuity information letter dated February 10, 2006 delivered by the Central Intelligence Agency following my resignation in January 2006. The letter does not contain any designation that its entire contents or any portion sets forth or references classified information. This letter was sent to me via first class mail.

Thank you for your support.

Sincerely,

Valerie Plame Wilson