**Exhibit E**

V

110TH CONGRESS
1ST SESSION

# H. R. 501

For the relief of Valerie Plame Wilson.

---

## IN THE HOUSE OF REPRESENTATIVES

JANUARY 16, 2007

Mr. INSLEE introduced the following bill; which was referred to the Select Committee on Intelligence (Permanent Select)

---

# A BILL

For the relief of Valerie Plame Wilson.

1  *Be it enacted by the Senate and House of Representa-*
2  *tives of the United States of America in Congress assembled,*
3  **SECTION 1. SHORT TITLE.**
4      This Act may be cited as the "Valerie Plame Wilson
5  Compensation Act".
6  **SEC. 2. VOLUNTARY RETIREMENT FROM THE CENTRAL IN-**
7          **TELLIGENCE AGENCY.**
8      For purposes of any determination of rights under
9  title III of the Central Intelligence Agency Retirement Act
10 (50 U.S.C. 2001 et seq.), Valerie Plame Wilson of Wash-
11 ington, District of Columbia, shall be considered to have
12 met the age and consent requirements that apply under

2

1 section 302(b) of such Act (50 U.S.C. 2152(b)) by virtue
2 of section 233(a) of such Act (50 U.S.C. 2053(a)).

○

•HR 501 IH