# Exhibit F

Central Intelligence Agency



Washington, D.C. 20505

January 23, 2007

The Honorable Karen Haas
Clerk
U.S. House of Representatives
H-154, The Capitol
Washington, D.C. 20515

Dear Ms. Haas:

In am writing regarding a February 10, 2006 letter from the Central Intelligence Agency included on page E119 of the January 12, 2007 Congressional Record (Extension of Remarks). Please be advised that the letter contains classified information that was not properly marked to reflect its national security classification.

Sincerely,

Christopher J. Walker
Director of Congressional Affairs