**Exhibit M-1**

FILED

MAY 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 05-394

# EXHIBIT A

UNCLASSIFIED SUMMARY OF VALERIE WILSON'S
CIA EMPLOYMENT AND COVER HISTORY

The information in this document comes from records maintained in Privacy Act systems of records and therefore is protected under the Privacy Act, 5 U.S.C. § 552a.

On 1 January 2002, Valerie Wilson was working for the Central Intelligence Agency (CIA) as an operations officer in the Directorate of Operations (DO). She was assigned to the Counterproliferation Division (CPD) at CIA Headquarters, where she served as the chief of a CPD component with responsibility for weapons proliferation issues related to Iraq.

While assigned to CPD, Ms. Wilson engaged in temporary duty (TDY) travel overseas on official business. She traveled at least seven times to more than ten countries. When traveling overseas, Ms. Wilson always traveled under a cover identity--sometimes in true name and sometimes in alias--but always using cover--whether official or non-official cover (NOC)--with no ostensible relationship to the CIA.

At the time of the initial unauthorized disclosure in the media of Ms. Wilson's employment relationship with the CIA on 14 July 2003, Ms. Wilson was a covert CIA employee for whom the CIA was taking affirmative measures to conceal her intelligence relationship to the United States.

In August 2003, Ms. Wilson was assigned to a senior personnel position in CPD, where she supervised staffing, recruiting, and training for CPD. She had been selected for this position prior to the leak.

As a result of the leak and subsequent media reporting of Ms. Wilson's relationship with the CIA, in December 2003 the CIA lifted Ms. Wilson's cover effective 14 December 2003, and then in February 2004 the CIA rolled back her cover effective 14 July 2003, the date of the leak.

In September 2004, Ms. Wilson requested and received permission to be placed on leave without pay for personal reasons. She returned to duty in August 2005, when she became the chief of operations of a CPD component with responsibility for proliferation issues.

In October 2005, the CIA determined, in its discretion, that the public interest in allowing the criminal prosecution to proceed outweighed the damage to national security that might reasonably be expected from the official disclosure of Ms. Wilson's employment and cover status. Accordingly, the CIA lifted and rolled back Ms. Wilson's cover effective 1 January 2002 and declassified the fact of her CIA employment and cover status from that date forward.

This determination means that the CIA declassified and now publicly acknowledges the previously classified fact that

Ms. Wilson was a CIA employee from 1 January 2002 forward and the previously classified fact that she was a covert CIA employee during this period. This determination does not mean that the CIA acknowledges any other period of employment, if any, nor does it declassify the nature and details of Ms. Wilson's cover, the cover methods employed by the CIA to protect Ms. Wilson or other covert CIA employees, or the fact, nature, and details of Ms. Wilson's classified intelligence activities as a CIA employee at any time during her employment.

Valerie Wilson resigned from the CIA on 9 December 2005.