**Exhibit P**

*Office of the Law Revision Counsel, U.S. House of Representatives*

Home   Search   Download   Classification   Codification   About



Go to 1st query term(s)

-CITE-

**50 USC Sec. 2001**                                        01/03/05

-EXPCITE-

TITLE 50 - WAR AND NATIONAL DEFENSE

CHAPTER 38 - CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY

SUBCHAPTER I - DEFINITIONS

-HEAD-

Sec. 2001. Definitions relating to the system

-STATUTE-

When used in this chapter:

(1) Agency

The term "Agency" means the Central Intelligence Agency.

(2) Director

The term "Director" means the Director of the Central

Intelligence Agency.

(3) Qualifying service

The term "qualifying service" means service determined by the

Director to have been performed in carrying out duties described

in section 2013 of this title.

(4) Fund balance

The term "fund balance" means the sum of –

(A) the investments of the fund calculated at par value; and

(B) the cash balance of the fund on the books of the

Treasury.

(5) Unfunded liability

The term "unfunded liability" means the estimated amount by

which –

(A) the present value of all benefits payable from the fund

exceeds

(B) the sum of –

(i) the present value of deductions to be withheld from the

future basic pay of participants subject to subchapter II of

this chapter and of future Agency contributions to be made on

the behalf of such participants;

(ii) the present value of Government payments to the fund

under sections 2091(c) and 2091(d) of this title; and

(iii) the fund balance as of the date on which the unfunded

liability is determined.

(6) Normal cost

The term "normal cost" means the level percentage of payroll

required to be deposited in the fund to meet the cost of benefits

payable under the system (computed in accordance with generally

accepted actuarial practice on an entry-age basis) less the value

of retirement benefits earned under another retirement system for

government employees and less the cost of credit allowed for

military service.

(7) Lump-sum credit

    The term "lump-sum credit" means the unrefunded amount

consisting of retirement deductions made from a participant's

basic pay and amounts deposited by a participant covering earlier

service, including any amounts deposited under section 2082(h) of

this title.

(8) Congressional intelligence committees

    The term "congressional intelligence committees" means the

Permanent Select Committee on Intelligence of the House of

Representatives and the Select Committee on Intelligence of the

Senate.

(9) Employee

    The term "employee" includes an officer of the Agency.

-SOURCE-

    (Pub. L. 88-643, title I, Sec. 101, as added Pub. L. 102-496, title

VIII, Sec. 802, Oct. 24, 1992, 106 Stat. 3197; amended Pub. L. 103-

178, title II, Sec. 202(a)(1), Dec. 3, 1993, 107 Stat. 2025; Pub.

L. 108-458, title I, Sec. 1071(c), Dec. 17, 2004, 118 Stat. 3691.)

-MISC1-

### PRIOR PROVISIONS

A prior section 101 of Pub. L. 88-643, title I, Oct. 13, 1964, 78 Stat. 1043, provided a short title for Pub. L. 88-643 as the "Central Intelligence Agency Retirement Act of 1964 for Certain Employees" and was set out as a note under section 403 of this title prior to the general amendment of Pub. L. 88-643 by section 802 of Pub. L. 102-496.

### AMENDMENTS

2004 - Par. (2). Pub. L. 108-458 added par. (2) and struck out heading and text of former par. (2). Text read as follows: "The term 'Director' means the Director of Central Intelligence."

1993 - Par. (7). Pub. L. 103-178 substituted "basic pay and amounts deposited" for "basic pay, amounts deposited" and struck out ", and interest determined under section 2121 of this title" after "section 2082(h) of this title".

### EFFECTIVE DATE OF 2004 AMENDMENT

Amendment by Pub. L. 108-458 effective not later than six months after Dec. 17, 2004, except as otherwise expressly provided, see section 1097(a) of Pub. L. 108-458, set out in an Effective Date of 2004 Amendment; Transition Provisions note under section 401 of this title.

EFFECTIVE DATE OF 1993 AMENDMENT

Section 202(b) of Pub. L. 103-178 provided that: "The amendments made by subsection (a) [amending this section and sections 2011, 2021, 2031, 2032, 2034, 2035, 2051, 2052, 2054, 2071, 2094, 2095, 2131, and 2154 of this title] shall take effect as of February 1, 1993."

EFFECTIVE DATE

Section 805 of Pub. L. 102-496 provided that: "The amendments made by sections 802 and 803 [enacting this chapter and amending sections 403n, 403r, and 403s of this title, sections 8347 and 8423 of Title 5, Government Organization and Employees, section 1605 of Title 10, Armed Forces, and provisions set out as a note under section 402 of this title] shall take effect on the first day of the fourth month beginning after the date of the enactment of this Act [Oct. 24, 1992]."

EFFECTIVE DATE OF AMENDMENTS TO PUB. L. 88-643 PRIOR TO ENACTMENT OF PUB. L. 102-496

Pub. L. 102-183, title III, Sec. 302(d), Dec. 4, 1991, 105 Stat. 1263, provided that: "The amendments made by this section [amending sections 204(b)(3), 221(c)-(e), and 232(c)-(e) of Pub. L. 88-643] shall take effect on the first day of the fourth month beginning after the date of the enactment of this Act [Dec. 4, 1991] and shall apply with respect to annuities payable to children by reason

of the death of a participant or annuitant on or after that date."

Pub. L. 102-183, title III, Sec. 303(b), Dec. 4, 1991, 105 Stat. 1264, provided that: "(1) The amendments made by subsection (a) [amending section 221(p)-(r) of Pub. L. 88-643] shall take effect on the first day of the fourth month beginning after the date of the enactment of this Act [Dec. 4, 1991].

"(2)(A) The amendment made by subsection (a)(2) [enacting section 221(q) of Pub. L. 88-643] shall apply with respect to participants and former participants regardless of whether they retire before, on, or after the effective date specified in paragraph (1), except that paragraph (1)(A) of section 221(q) of the Central Intelligence Agency Retirement Act of 1964 for Certain Employees (as added by subsection (a)(2)) shall apply only with respect to participants who retire on or after that effective date.

"(B) In applying the provisions of paragraph (1)(B) of section 221(q) of the Central Intelligence Agency Retirement Act of 1964 for Certain Employees (as added by subsection (a)(2)) to a participant or former participant who retires before the effective date specified in paragraph (1) -

"(i) the 18-month period referred to in that paragraph shall be considered to begin on the effective date specified in paragraph (1); and

"(ii) the amount referred to in paragraph (2) of that section

(as added by subsection (a)(2)) shall be computed without regard

to the provisions of subparagraph (B)(ii) of such paragraph

(relating to interest)."

Pub. L. 102-183, title III, Sec. 306(c), Dec. 4, 1991, 105 Stat.

1265, provided that:

"(1) The amendment made by subsection (a)(1) [amending section

226(a) of Pub. L. 88-643] shall be deemed to have become effective

as of September 30, 1990, and shall apply in the case of annuitants

whose divorce occurs on or after that date.

"(2) The amendments made by subsections (a)(2) and (a)(3)

[amending section 226(a) of Pub. L. 88-643] shall be deemed to have

become effective as of September 29, 1988."

Pub. L. 102-183, title III, Sec. 309(b), Dec. 4, 1991, 105 Stat.

1266, provided that: "Subsection (h) of section 304 of the Central

Intelligence Agency Retirement Act of 1964 for Certain Employees

[Pub. L. 88-643], as added by subsection (a), shall be deemed to

have become effective as of December 2, 1987."

Pub. L. 102-183, title III, Sec. 310(b), Dec. 4, 1991, 105 Stat.

1267, provided that: "The amendment made by subsection (a)

[amending section 204(b)(4) of Pub. L. 88-643] shall apply only to

a former husband or wife of a participant or former participant

whose divorce from the participant or former participant becomes

final after the date of the enactment of this Act [Dec. 4, 1991]."

Pub. L. 102-88, title III, Sec. 305(b), Aug. 14, 1991, 105 Stat.

432, provided that:

"(1) The amendments made by subsection (a) [amending sections

221, 222, and 232 of Pub. L. 88-643] relating to widows or widowers

shall apply in the case of a surviving spouse's remarriage

occurring on or after July 27, 1989, and with respect to periods

beginning after such date.

"(2) The amendments made by subsection (a) relating to former

spouses shall apply with respect to any former spouse whose

remarriage occurs after the date of enactment of this Act [Aug. 14,

1991]."

Amendment by section 307 of Pub. L. 102-88 (amending sections 224

and 225 of Pub. L. 88-643) effective as of Oct. 1, 1990, and no

benefits provided pursuant to such amendment to be payable with

respect to any period before such date, see section 307(d) of Pub.

L. 102-88, set out as an Effective Date of 1991 Amendment note

under section 403p of this title.

Pub. L. 101-193, title III, Sec. 304(b), Nov. 30, 1989, 103 Stat.

1703, provided that: "The amendment made by this section [amending

section 224(a)(2) of Pub. L. 88-643] shall be effective as of

October 1, 1986."

Pub. L. 100-453, title III, Sec. 302(b)(2), Sept. 29, 1988, 102 Stat. 1907, provided that: "The amendments made by paragraph (1) [amending section 224 of Pub. L. 88-643] shall take effect as of October 1, 1986."

Pub. L. 100-453, title III, Sec. 302(c)(2), Sept. 29, 1988, 102 Stat. 1907, provided that: "The amendment made by paragraph (1) [amending section 225(a) of Pub. L. 88-643] shall take effect as of December 2, 1987."

Pub. L. 100-453, title III, Sec. 302(d)(3), Sept. 29, 1988, 102 Stat. 1907, provided that: "The amendment made by this subsection [amending section 221(n), (p) of Pub. L. 88-643] shall apply to marriages which occur on or after May 7, 1985."

Pub. L. 100-178, title IV, Sec. 402(c)-(e), Dec. 2, 1987, 101 Stat. 1014, provided that:

"(c)(1) Except as provided in paragraph (2), the amendments made by this section [amending section 403n of this title and sections 221(o)(2), 232(b), and 304 of Pub. L. 88-643] shall take effect on November 15, 1982, the effective date of the Central Intelligence Agency Spouses' Retirement Equity Act of 1982.

"(2) The amendment made by subsection (b)(2) [amending section 304 of Pub. L. 88-643] shall take effect on January 1, 1987, the effective date of the Federal Employees' Retirement System Act of

1986.

"(d) Nothing in this section or any amendment made by this section shall be construed to require the forfeiture by any individual of benefits received before the date of the enactment of this Act [Dec. 2, 1987].

"(e) Nothing in this section or any amendment made by this section shall be construed to require a reduction in the level of benefits received by any individual who was receiving benefits under section 232 of the Central Intelligence Agency Retirement Act of 1964 for Certain Employees [Pub. L. 88-643] before the date of enactment of this Act [Dec. 2, 1987]".

Amendment by section 302(a) of Pub. L. 99-569 (enacting section 224 of Pub. L. 88-643) effective Oct. 1, 1986, see section 302(d) of Pub. L. 99-569, set out as an Effective Date of 1986 Amendment note under section 403n of this title.

Pub. L. 97-269, title VI, Sec. 613, Sept. 27, 1982, 96 Stat. 1154, provided that:

"(a) Except as provided in subsections (b) and (c) of this section, this title [enacting section 403n of this title and sections 222 and 223 of Pub. L. 88-643 and amending sections 204, 211, 221, 234, and 263 of Pub. L. 88-643] shall take effect on November 15, 1982.

http://uscode.house.gov/uscode-cgi/fastweb.exe?getdoc+uscview+t49...

"(b) The provisions of section 222(a) of the Central Intelligence

Agency Retirement Act of 1964 for Certain Employees [Pub. L. 88-

643], as added by this title, regarding the rights of former

spouses to an annuity shall apply in the case of any individual who

after the effective date of this title [Nov. 15, 1982] becomes a

former spouse of an individual who separates from service with the

Agency after such date.

"(c) Except to the extent provided in section 223 of the Central

Intelligence Agency Retirement Act of 1964 for Certain Employees

[Pub. L. 88-643], the provisions of section 221(b) (as amended by

this title) and the provisions of subsections (b) and (c) of

section 222 of such Act, as added by this title, regarding the

rights of former spouses to receive survivor annuities shall apply

in the case of any individual who after the effective date of this

title [Nov. 15, 1982] becomes a former spouse of a participant or

former participant in the Central Intelligence Agency Retirement

and Disability System."

Pub. L. 94-522, title II, Sec. 215, Oct. 17, 1976, 90 Stat. 2472,

provided that:

"(a) This Act [amending Pub. L. 88-643] shall become effective

October 1, 1976.

"(b) The amendments made by sections 201(a), (b), (c), and (d),

202, and 208 [amending sections 204(a), (b)(2), (3)(i), 221(b) and

232(b) of Pub. L. 88-643] shall not apply in the case of

participants who died before January 8, 1971. The amendments made

by section 201(e) [amending section 204 of Pub. L. 88-643] shall

not apply in the case of participants who died before April 9,

1974. The rights of such persons and their survivors shall continue

in the same manner and to the same extent as if such amendments had

not been enacted.

"(c) The amendment made by section 203 [enacting section

221(f)(2) of Pub. L. 88-643] shall apply to a participant who

married prior to enactment [Oct. 17, 1976] but only if the election

is made within one year after enactment [Oct. 17, 1976].

"(d) The amendment made by section 210 [amending section 251 of

Pub. L. 88-643] is effective only with respect to annuity accruing

for full months beginning after January 8, 1971; but any part of a

period of separation referred to in such amendment in which the

participant or former participant was receiving benefits under

chapter 81 of title 5, United States Code or any earlier statute on

which such chapter is based shall be counted whether the person

returns to duty before, on, or after January 8, 1971. With respect

to any person retired before such date of enactment, any such part

of a period of separation shall be counted only upon application of

the retired person.

"(e) The amendment in section 211 [amending section 252(a)(2) of Pub. L. 88-643] to credit certain service in the Public Health Service is effective as of April 8, 1960, and the amendment to credit certain service in the National Oceanic and Atmospheric Administration is effective as of September 14, 1961.

"(f) The amendment in section 212 [enacting section 264 of Pub. L. 88-643] is effective as of June 30, 1974.

"(g) The amendment to recompute a reduced annuity during periods when not married in section 202 [amending section 221(b) of Pub. L. 88-643] shall apply to annuities which commence before, on, or after the date of enactment of this Act [Oct. 17, 1976], but no increase in annuity shall be paid for any period prior to November 1, 1974.

"(h) Annuity increases under sections 204 [enacting section 221(l) of Pub. L. 88-643] and 214 [set out below] shall apply to annuities which commence before, on, or after the date of enactment of this Act [Oct. 17, 1976], but no increase in annuity shall be paid for any period prior to August 1, 1974, or the date on which the annuity commences, whichever is later."

Pub. L. 93-210, Sec. 1(b), Dec. 28, 1973, 87 Stat. 908, provided that: "The amendments made by subsection (a) [amending section 291(b) of Pub. L. 88-643] shall apply only with respect to

annuities which commence on or after July 2, 1973."

   Pub. L. 91-185, Sec. 6, Dec. 30, 1969, 83 Stat. 849, provided

that:

   "(a) The amendments made by section 1 [amending section 211(a) of

Pub. L. 88-643, set out above] shall become effective at the

beginning of the first applicable pay period beginning after

December 31, 1969.

   "(b) The amendments made by sections 3, 4 [amending sections

231(a) and 232(h) of Pub. L. 88-643], and 2 [amending section 221

of Pub. L. 88-643], with the exception of 2(c) [amending subsec.

(c) thereof], shall become effective October 20, 1969.

   "(c) The amendments made by sections 2(c) and 5 [amending

sections 221(c) and 291 of Pub. L. 88-643] shall become effective

November 1, 1969.

   "(d) The amendments made by sections 2(a), 2(e), 3, and 4(a)(1)-

(2) [amending section 221(a), adding section 221(h), and amending

sections 231(a) and 232(b) of Pub. L. 88-643] shall not apply in

the cases of persons retired or otherwise separated prior to

October 20, 1969, and the rights of such persons and their

survivors shall continue in the same manner and to the same extent

as if such sections had not been enacted."

                    SHORT TITLE OF 1993 AMENDMENT

   Pub. L. 103-36, Sec. 1, June 8, 1993, 107 Stat. 104, provided

that: "This Act [amending section 2053 of this title and enacting

provisions set out as a note under section 403-4 of this title] may

be cited as the 'Central Intelligence Agency Voluntary Separation

Pay Act'."

SHORT TITLE OF 1992 AMENDMENT

Section 801 of title VIII of Pub. L. 102-496 provided that: "This

title [enacting this chapter, amending sections 403n, 403r, 403r-1,

and 403s of this title, sections 8347 and 8423 of Title 5,

Government Organization and Employees, section 1605 of Title 10,

Armed Forces and sections 4071b to 4071d of Title 22, Foreign

Relations and Intercourse, enacting provisions set out as notes

under this section, and amending provisions set out as a note under

section 402 of this title] may be cited as the 'CIARDS Technical

Corrections Act of 1992'."

SHORT TITLE OF 1982 AMENDMENT

Pub. L. 97-269, title VI, Sec. 601, Sept. 27, 1982, 96 Stat.

1145, provided that: "This title [enacting section 403n of this

title and amending Pub. L. 88-643] may be cited as the 'Central

Intelligence Agency Spouses' Retirement Equity Act of 1982'."

SHORT TITLE

Section 1(a) of Pub. L. 88-643, as added by Pub. L. 102-496,

title VIII, Sec. 802, Oct. 24, 1992, 106 Stat. 3196, provided that:

"This Act [enacting this chapter] may be cited as the 'Central

Intelligence Agency Retirement Act'."

SAVINGS PROVISION

Section 804 of Pub. L. 102-496 provided that:

"(a) Prior Elections. - Any election made under the Central

Intelligence Agency Retirement Act of 1964 for Certain Employees

[Pub. L. 88-643 prior to enactment of Pub. L. 102-496, formerly set

out as a note under section 403 of this title] before the effective

date specified in section 805 [set out as an Effective Date note

above] shall not be affected by the amendment made by section 802

[enacting this chapter] and shall be deemed to have been made under

the corresponding provision of that Act as restated by section 802

as the Central Intelligence Agency Retirement Act.

"(b) References. - Any reference in any other Act, or in any

Executive order, rule, or regulation, to the Central Intelligence

Agency Retirement Act of 1964 for Certain Employees, or to a

provision of that Act, shall be deemed to refer to that Act and to

the corresponding provision of that Act, as restated by section 802

as the Central Intelligence Agency Retirement Act."

FUNDING REQUIREMENTS FOR AMENDMENTS TO PUB. L. 88-643 PRIOR TO

ENACTMENT OF PUB. L. 102-496

Pub. L. 100-453, title III, Sec. 302(e), Sept. 29, 1988, 102

Stat. 1907, provided that: "Any new spending authority (within the meaning of section 401(c) of the Congressional Budget Act of 1974 [2 U.S.C. 651(c)]) provided pursuant to the amendments made by this section [enacting section 226 and amending sections 221, 224, and 225 of Pub. L. 88-643] shall be effective for any fiscal year only to such extent or in such amounts as are provided in appropriations Acts."

For provision that any new spending authority (within the meaning of section 401(c) of the Congressional Budget Act of 1974) provided pursuant to the amendments made to sections 224 and 225 of Pub. L. 88-643 by section 307 of Pub. L. 102-88 be effective for any fiscal year only to such extent or in such amounts as are provided in advance in appropriation Acts, see section 307(c) of Pub. L. 102-88, set out as a Compliance With Budget Act note under section 403p of this title.

CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY FUND; ANNUITY

INCREASE PAYMENT; MONTHLY RATE

Pub. L. 94-522, title II, Sec. 214, Oct. 17, 1976, 90 Stat. 2472, provided that:

"(a) An annuity payable from the Central Intelligence Agency Retirement and Disability Fund to an annuitant which is based on a separation occurring prior to October 20, 1969, is increased by $240 per annum.

"(b) In lieu of any increase based on an increase under
subsection (a) of this section, an annuity payable from the Central
Intelligence Agency Retirement and Disability Fund to the surviving
spouse of an annuitant, which is based on a separation occurring
prior to October 20, 1969, shall be increased by $132 per annum.

"(c) The monthly rate of an annuity resulting from an increase
under this section shall be considered as the monthly rate of
annuity payable under section 221(a) of the Central Intelligence
Agency Retirement Act of 1964 for Certain Employees, as amended (78
Stat. 1043; 50 U.S.C. 403 note) [section 221 of Pub. L. 88-643
prior to enactment of Pub. L. 102-496; see 50 U.S.C. 2031(a)] for
purposes of computing the minimum annuity under new section 221(l)
of the Act, as added by section 204 of this Act."

TEMPORARY RETIREMENT CONTRIBUTIONS AND PROCEDURES FOR CERTAIN

PARTICIPANTS

For temporary provisions providing modified contributions and
procedures for officers and employees participating in the Central
Intelligence Agency Retirement and Disability System who are also
required to pay employment taxes relating to benefits under title
II of the Social Security Act, 42 U.S.C. 401 et seq., until they
are covered by a new Government retirement system or Jan. 1, 1986,
whichever is earlier, see title II of Pub. L. 98-168, set out as a

note under section 8331 of Title 5, Government Organization and

Employees.

#### CONTINGENT ONCE-A-YEAR ADJUSTMENT IN ANNUITIES

For provisions which directed the President, subject to certain

conditions, to provide for a single cost-of-living adjustment in

the annuities paid under the Central Intelligence Agency Retirement

Act of 1964 for Certain Employees [Pub. L. 88-643] during the

period Sept. 1, 1980, to Aug. 31, 1981, and which further directed

that, subject to the enactment of specified legislation providing

for the adjustment of annuities paid under section 8331 et seq. of

Title 5, Government Organization and Employees, the President

exercise the authority vested in him under section 292 of the

Central Intelligence Agency Retirement Act of 1964 for Certain

Employees [Pub. L. 88-643] to provide for cost-of-living

adjustments in the annuities paid under that Act on an identical

basis, see Pub. L. 96-342, title VIII, Sec. 812(a)(3), (4), (b)(3),

(4), (c), Sept. 8, 1980, 94 Stat. 1098, set out as a note under

section 1401a of Title 10, Armed Forces.

-EXEC-

#### EXECUTIVE ORDER NO. 11950

Ex. Ord. No. 11950, Jan. 6, 1977, 42 F.R. 1451, conformed Central

Intelligence Agency and Civil Service Retirement and Disability

Systems with respect to cost of living increases in annuities when there were increases in the price index.

EXECUTIVE ORDER NO. 12023

Ex. Ord. No. 12023, Dec. 1, 1977, 42 F.R. 61443, conformed Central Intelligence Agency and Civil Service Retirement and Disability Systems with regard to allotments or assignments of moneys by annuitants.

EXECUTIVE ORDER NO. 12197

Ex. Ord. No. 12197, Mar. 5, 1980, 45 F.R. 14833, conformed Central Intelligence Agency Retirement and Disability System to amendments to Civil Service Retirement and Disability System with regard to restoration of previously reduced annuities.

EXECUTIVE ORDER NO. 12253

Ex. Ord. No. 12253, Nov. 25, 1980, 45 F.R. 78995, conformed Central Intelligence Agency and Civil Service Retirement and Disability Systems with regard to definition of "dependent".

EXECUTIVE ORDER NO. 12273

Ex. Ord. No. 12273, Jan. 16, 1981, 46 F.R. 5854, conformed Central Intelligence Agency and Civil Service Retirement and Disability Systems with regard to cost-of-living increases to annuities.

EXECUTIVE ORDER NO. 12326

Ex. Ord. No. 12326, Sept. 30, 1981, 46 F.R. 48889, as amended by

Ex. Ord. No. 12443, Sept. 27, 1983, 48 F.R. 44751, conformed

Central Intelligence Agency and Civil Service Retirement and

Disability Systems with regard to notification of loss or reduction

of survivor benefits, computation of annuities, cost-of-living

increases, accuracy of information, and withholding of State income

tax.

EXECUTIVE ORDER NO. 12443

Ex. Ord. No. 12443, Sept. 27, 1983, 48 F.R. 44751, conformed

Central Intelligence Agency and Civil Service Retirement and

Disability Systems with regard to restoration of disability

retirement annuities, entitlement to and computation and payment of

annuities, accuracy of information, and adjustments in amounts.

EXECUTIVE ORDER NO. 12485

Ex. Ord. No. 12485, July 13, 1984, 49 F.R. 28827, conformed

Central Intelligence Agency Retirement and Disability System and

Civil Service Retirement and Disability System with regard to prior

service credit.

EXECUTIVE ORDER NO. 12684

Ex. Ord. No. 12684, July 27, 1989, 54 F.R. 31643, conformed

Central Intelligence Agency and Civil Service Retirement and

Disability Systems with regard to considering part-time service in

computing annuities and remarriage of surviving spouses.

http://uscode.house.gov/uscode-cgi/fastweb.exe?getdoc+uscview+t49...



Home   Search   Download   Classification   Codification   About
*Office of the Law Revision Counsel, U.S. House of Representatives*