# Exhibit Q

*Office of the Law Revision Counsel, U.S. House of Representatives*
Home  Search  Download  Classification  Codification  About



Go to 1st query term(s)

-CITE-

50 USC Sec. 2053                                              01/03/05

-EXPCITE-

TITLE 50 - WAR AND NATIONAL DEFENSE

CHAPTER 38 - CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY

SUBCHAPTER II - CENTRAL INTELLIGENCE AGENCY RETIREMENT AND

DISABILITY SYSTEM

Part D - Benefits Accruing to Certain Participants

-HEAD-

Sec. 2053. Voluntary retirement

-STATUTE-

(a) A participant who is at least 50 years of age and has

completed 20 years of service may, on the participant's application

and with the consent of the Director, be retired from the Agency

and receive benefits in accordance with the provisions of section

2031 of this title if the participant has not less than 10 years of

service with the Agency.

(b) A participant who has at least 25 years of service, ten years

of which are with the Agency, may retire, with the consent of the

Director, at any age and receive benefits in accordance with the provisions of section 2031 of this title if the Office of Personnel Management has authorized separation from service voluntarily for Agency employees under section 8336(d)(2) of title 5 with respect to the Civil Service Retirement System or section 8414(b)(1)(B) of such title with respect to the Federal Employees' Retirement System.

-SOURCE-

(Pub. L. 88-643, title II, Sec. 233, as added Pub. L. 102-496, title VIII, Sec. 802, Oct. 24, 1992, 106 Stat. 3225; amended Pub. L. 103-36, Sec. 3, June 8, 1993, 107 Stat. 106.)

-MISC1-

PRIOR PROVISIONS

A prior section 233 of Pub. L. 88-643, title II, Oct. 13, 1964, 78 Stat. 1048, related to voluntary retirement and was set out as a note under section 403 of this title prior to the general amendment of Pub. L. 88-643 by section 802 of Pub. L. 102-496.

AMENDMENTS

1993 - Pub. L. 103-36 designated existing provisions as subsec. (a) and added subsec. (b).



Home   Search   Download   Classification   Codification   About
*Office of the Law Revision Counsel, U.S. House of Representatives*