# Exhibit R

*Office of the Law Revision Counsel, U.S. House of Representatives*
Home   Search   Download   Classification   Codification   About



Go to 1st query term(s)

-CITE-

   50 USC Sec. 2152                                          01/03/05

-EXPCITE-

   TITLE 50 - WAR AND NATIONAL DEFENSE

   CHAPTER 38 - CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY

   SUBCHAPTER III - PARTICIPATION IN FEDERAL EMPLOYEES' RETIREMENT

       SYSTEM

-HEAD-

   Sec. 2152. Special rules relating to section 2013 criteria

     employees

-STATUTE-

   (a) In general

     Except as otherwise provided in this section, in the application

   of chapter 84 of title 5 to an employee of the Agency who is

   subject to such chapter and is designated by the Director under the

   criteria prescribed in section 2013 of this title, such employee

   shall be treated for purposes of determining such employee's

   retirement benefits and obligations under such chapter as if the

   employee were a law enforcement officer (as defined in section

8401(17) of title 5).

(b) Voluntary and mandatory retirement

The provisions of sections 2053 and 2055 of this title shall apply to employees referred to in subsection (a) of this section, except that the retirement benefits shall be determined under chapter 84 of title 5.

(c) Recall

(1) Except as provided in paragraph (2), section 2111 of this title shall apply to an employee referred to in subsection (a) of this section.

(2) Contributions during recall service shall be made as provided in section 8422 of title 5.

(3) When an employee recalled under this subsection reverts to a retired status, the annuity of such employee shall be redetermined under the provisions of chapter 84 of title 5.

-SOURCE-

(Pub. L. 88-643, title III, Sec. 302, as added Pub. L. 102-496, title VIII, Sec. 802, Oct. 24, 1992, 106 Stat. 3244.)

-MISC1-

PRIOR PROVISIONS

A prior section 302 of Pub. L. 88-643, as added Pub. L. 99-335, title V, Sec. 506, June 6, 1986, 100 Stat. 625, related to special rules relating to employees designated under criteria of former

section 203 of Pub. L. 88-643 and was set out as a note under

section 403 of this title prior to the general amendment of Pub. L.

88-643 by section 802 of Pub. L. 102-496.



Home   Search   Download   Classification   Codification   About
*Office of the Law Revision Counsel, U.S. House of Representatives*

3 of 3                                                                                                    6/27/2007 11:56 PM