# Exhibit S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
VALERIE PLAME WILSON et al.,           :
                                        :
            Plaintiffs,                 :
                                        :   07 Civ. 4595 (BSJ)
      v.                                :
                                        :
J. MICHAEL MCCONNELL et al.,           :
                                        :
            Defendants.                 :
-------------------------------------------------------- x

# ADMINISTRATIVE RECORD
# (UNCLASSIFIED)

Case 1:07-cv-04595-BSJ    Document 11-25    Filed 06/29/2007    Page 3 of 7
Case 1:07-cv-04595-BSJ    Document 8-2    Filed 06/28/2007    Page 2 of 119
UNCLASSIFIED

# WILSON, ET AL. V. MCCONNELL, ET AL.

## UNCLASSIFIED ADMINISTRATIVE RECORD

# TABLE OF CONTENTS
# FOR THE
# UNCLASSIFIED ADMINISTRATIVE RECORD

| DOCUMENT | TAB | DATE |
|---|---|---|
| Redacted letter to Valerie Wilson from the Chief, Retirement & Insurance Services, dated 10 February 2006 | 1 | 10 February 2006 |
| Letter to Valerie Wilson from R. Puhl, dated 31 May 2006 | 2 | 31 May 2006 |
| Letter to Valerie Wilson from R. Puhl, dated 9 June 2006 | 3 | 9 June 2006 |
| Letter to R. Puhl from Valerie Wilson, dated 14 June 2006 | 4 | 14 June 2006 |
| E-mail to the CIA Publication Review Board from Valerie Wilson, dated 7 July 2006 | 5 | 7 July 2006 |
| E-mail string including the following e-mails: to R. Puhl from Valerie Wilson, dated 5 August 2006; to Valerie Wilson from R. Puhl, dated 4 August 2006; to R. Puhl from Valerie Wilson, dated 30 July 2006; to Valerie Wilson from R. Puhl, dated 10 July 2006 | 6 | 5 August 2006 |
| E-mail string including the following e-mails: to Valerie Wilson from R. Puhl, dated 21 August 2006; to R. Puhl from Valerie Wilson, dated 10 August 2006 | 7 | 21 August 2006 |
| E-mail string including the following e-mails: to Valerie Wilson from R. Puhl, dated 8 September 2006; to R. Puhl from Valerie Wilson, dated 7 September 2006 | 8 | 8 September 2006 |
| E-mail string including the following e-mails: to Valerie Wilson from Joyce H., dated 3 October 2006; to Jane B. Fraser from Valerie Wilson, dated 3 October 2006; to R. Puhl from Valerie Wilson, dated 14 September 2006; to Valerie Wilson from Jane B. Fraser, dated 14 September 2006 | 9 | 3 October 2006 |
| E-mail string including the following e-mails: to Joyce H. from Valerie Wilson, dated 27 November 2006; to Joyce H. from Valerie Wilson, dated 20 November 2007; to Valerie Wilson from R. Puhl, dated 16 November 2006 | 10 | 27 November 2006 |
| Letter to Valerie Wilson from R. Puhl, dated 21 November 2006, including portion of redacted manuscript (filed under seal) | 11 | 21 November 2006 |
| Letter to Valerie Wilson from R. Puhl, dated 22 December 2006 (with fax cover sheet transmitting this letter to David B. Smallman dated 3 January 2007) | 13 | 22 December 2006 |

| | | |
|---|---|---|
| E-mail string including the following e-mails: to Joyce H. from Valerie Wilson, dated 25 December 2006; to Joyce H. from Valerie Wilson, dated 14 December 2006 | 14 | 25 December 2006 |
| Letter to Ginger A. Wright from David B. Smallman, dated 9 January 2007 | 15 | 9 January 2007 |
| Attachment of spreadsheet to the 9 January 2007 letter | 15 A | 9 January 2007 Attachment |
| E-mail to R. Puhl from Valerie Wilson, dated 11 January 2007 | 16 | 11 January 2007 |
| E-mail to R. Puhl from Valerie Wilson, dated 12 January 2007 | 17 | 12 January 2007 |
| Letter to Valerie Wilson from CIA, dated 19 January 2007 (with fax cover sheet transmitting this letter to David B. Smallman dated 22 January 2007) | 18 | 19 January 2007 |
| Letter to The Honorable Karen Haas from Christopher J. Walker, dated 23 January 2007 | 19 | 23 January 2007 |
| Letter to Ginger A. Wright from David B. Smallman, dated 31 January 2007 | 20 | 31 January 2007 |
| Letter to David B. Smallman from Ginger A. Wright, dated 9 February 2007 | 21 | 9 February 2007 |
| Letter to Ginger A. Wright from David B. Smallman, dated 16 February 2007 | 22 | 16 February 2007 |
| Letter to David B. Smallman from Ginger A. Wright, dated 23 February 2007 (with fax cover sheet transmitting this letter and tab 24 w/o attachment to David B. Smallman, dated 23 February 2007) | 23 | 23 February 2007 |
| Letter to Valerie Wilson from R. Puhl, dated 23 February 2007, including portion of redacted manuscript (filed under seal) | 24 | 23 February 2007 |
| E-mail string including the following e-mails: to Joyce H. from Valerie Wilson, dated 2 April 2007; to R. Puhl from Valerie Wilson, dated 1 April 2007 | 25 | 2 April 2007 |
| E-mail string including the following e-mails: to Joyce H. from Valerie Wilson, dated 9 April 2007; to Joyce H. from Valerie Wilson, dated 9 April 2007 | 26 | 9 April 2007 |
| Letter to John A. Rizzo from David B. Smallman, dated 17 April 2007 | 27 | 17 April 2007 |

| Description | No. | Date |
|---|---|---|
| Letter to Valerie Wilson from R. Puhl, dated 23 February 2007 | 27 A | 17 April 2007 Attachment |
| Letter to David B. Smallman from Ginger A. Wright, dated 23 February 2007 | 27 B | 17 April 2007 Attachment |
| Letter to Valerie Wilson from the Chief, Retirement & Insurance Services, dated 10 February 2006 (filed in classified record) | 27 C | 17 April 2007 Attachment |
| E-mail to Valerie Wilson from Brian Bonlender, dated 16 January 2007, attaching the Valerie Plame Wilson Compensation Act | 27 D | 17 April 2007 Attachment |
| Introduction of the 16 January 2007 Valerie Plame Wilson Compensation Act (2 versions) and the 16 January 2007 Congressional Record (filed in classified record) | 27 E | 17 April 2007 Attachments |
| Letter to Valerie Wilson from R. Puhl, dated 19 April 2007 | 28 | 19 April 2007 |
| Letter to David B. Smallman from John A. Rizzo, dated 24 April 2007 | 29 | 24 April 2007 |
| Letter to Valerie Wilson from R. Puhl, dated 19 April 2007 | 29 A | 24 April 2007 Attachment |
| Redacted letter to Valerie Wilson from the Chief, Retirement & Insurance Services, dated 10 February 2006 | 29 B | 24 April 2007 Attachment |
| E-mail string including the following e-mails: to Joyce H. from Valerie Wilson, dated 25 April 2007; to Joyce H. from Valerie Wilson, dated 23 April 2007 | 30 | 25 April 2007 |
| Letter to John A. Rizzo from David B. Smallman, dated 27 April 2007 | 31 | 27 April 2007 |
| Letter to J. Michael McConnell from David B. Smallman, dated 27 April 2007 | 31 A | 27 April 2007 Attachment |
| Letter to Benjamin A. Powell from David B. Smallman, dated 2 May 2007 | 32 | 2 May 2007 |
| Letter to David B. Smallman from Tricia S. Wellman, dated 4 May 2007 | 33 | 4 May 2007 |
| Letter to Tricia S. Wellman from David B. Smallman, dated 4 May 2007 | 34 | 4 May 2007 |

| | | |
|---|---|---|
| Letter to Tricia S. Wellman from David B. Smallman, dated 11 May 2007 | 35 | 11 May 2007 |
| Letter to David B. Smallman from John A. Rizzo, dated 17 May 2007 | 36 | 17 May 2007 |
| Letter to Tricia S. Wellman from David B. Smallman, dated 17 May 2007 | 37 | 17 May 2007 |
| Letter to David B. Smallman from Benjamin A. Powell, dated 18 May 2007 | 38 | 18 May 2007 |
| Redacted Agency Regulation – Prepublication Review of Certain Material Prepared for Public Dissemination, dated 22 July 2005 | 39 | 22 July 2005 |
| Agency Regulation – Declassification Authorities, effective 3 June 1997 | 40 | 3 June 1997 |
| Redacted Secrecy Agreement signed by Valerie Plame | 41 | (Redacted) |