# Exhibit T

# TABLE OF CONTENTS
# FOR THE
# CLASSIFIED ADMINISTRATIVE RECORD

| DOCUMENT | TAB | DATE |
|---|---|---|
| Letter to Valerie Wilson from the CIA, dated 10 February 2006, without classification markings | 1 | 10 February 2006 |
| Letter to Valerie Wilson from the CIA, dated 10 February 2006, with classification markings | 2 | 10 February 2006 |
| Letter to Valerie Wilson from the CIA, dated 10 February 2006, redacted with marker by Congressman Jay Inslee's office. | 3 | 10 February 2006 |
| Chapters 1-5 of Valerie Wilson's manuscript | 4 | 7 July 2006 |
| Valerie Wilson's entire manuscript submitted to the PRB on 7 September 2006. | 5 | 7 September 2006 |
| Introduction of the Valerie Wilson Compensation Act | 6 | 16 January 2007 |
| Introduction of the Valerie Wilson Compensation Act (Extension of Remarks) | 7 | 16 January 2007 |
| Excerpt from the Congressional Record | 8 | 16 January 2007 |
| Redacted CIA National Security Classification Guide, effective 31 May 2006 | 9 | 31 May 2006 |