UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
VALERIE PLAME WILSON et al.,

             Plaintiffs,

      v.

J. MICHAEL MCCONNELL et al.,

            Defendants.
------------------------------------------------------------ x

07 Civ. 4595 (BSJ)

**NOTICE OF CROSS-MOTION**

     PLEASE TAKE NOTICE that upon the Declaration of Karen F. Tumolo dated July 13, 2007; the Declaration of Richard J. Puhl dated July 12, 2007; the Declaration of Ralph S. DiMaio dated July 13, 2007; the Statement Pursuant to Local Civil Rule 56.1(a); and the accompanying memorandum of law, defendants J. Michael McConnell, Director of National Intelligence, the Central Intelligence Agency, and Michael V. Hayden, Director of the Central Intelligence Agency, will move this Court before the Honorable Barbara S. Jones, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, for an order granting summary judgment in favor of the government, pursuant to Federal Rule of Civil Procedure 56, and for such other relief as the Court deems just and proper.

     PLEASE TAKE FURTHER NOTICE that, pursuant to the briefing schedule entered by the Court, plaintiffs' opposition to the government's motion shall be filed by July 20, 2007.

Dated: New York, New York
       July 13, 2007

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By:   /s/ Benjamin H. Torrance
      BENJAMIN H. TORRANCE
      Assistant United States Attorney
      86 Chambers Street
      New York, New York 10007
      Telephone: 212.637.2703
      Fax: 212.637.2702