

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

By fax: 212.805.6191

July 13, 2007

The Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #
> DATE FILED: 7/17/07  dc

Re: *Wilson v. McConnell*, 07 Civ. 4595 (BSJ)

Dear Judge Jones:

This Office represents defendants (the "government") in the above-named action. I am writing to seek a partial extension of today's deadline for filing papers in opposition to plaintiffs' motion for summary judgment and in support of the government's motion for summary judgment. I plan to file the government's motion, as well as a memorandum of law and several declarations in support of that motion, today. However, I respectfully request an extension until Wednesday, July 18, to file the government's statement of undisputed facts and response to plaintiffs' statement of undisputed facts under Local Rule 56.1, and a classified declaration (to be submitted *ex parte*) in support of the motion.

Plaintiffs' counsel has kindly consented to this request, but has indicated he wishes to reserve the right to seek a corresponding extension to respond to the government's Rule 56.1 statement, to which I consent. Thank you for your consideration.

Application granted.

SO ORDERED.
Dated: BARBARA S. JONES
U.S.D.J.
7/13/07

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: BENJAMIN H. TORRANCE
Assistant United States Attorney
Telephone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

cc: David B. Smallman, Esq. (by fax: 212.382.0050)