UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
VALERIE PLAME WILSON et al.,

            Plaintiffs,

            v.

J. MICHAEL MCCONNELL et al.,

            Defendants.
------------------------------------------------------------ x

07 Civ. 4595 (BSJ)

**NOTICE OF FILING OF CLASSIFIED DOCUMENT**

    Defendants J. Michael McConnell, Central Intelligence Agency, and Michael V. Hayden, through their undersigned counsel, hereby provide notice that they are filing the following classified document for the Court's *in camera*, *ex parte* review: Classified Declaration of Stephen R. Kappes.

    This submission is classified pursuant to Executive Order 12958, 60 Fed. Reg. 19825 (Apr. 17, 1995), as amended by Executive Order 13292, 68 Fed. Reg. 15315 (Mar. 25, 2003), and cannot be disclosed without proper authorization. Therefore, this submission has been filed for secure storage and secure transmission to the Court (upon request) with the United States Department of Justice Litigation Security Group. The Court may contact the Litigation Security Group directly at 20 Massachusetts Avenue, NW, 5th Floor, Washington, D.C., 202.514.9016, or contact the undersigned counsel to assist in securing delivery of this submission for review at the Court's convenience.

Dated: New York, New York
       July 18, 2007

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: /s/ Benjamin H. Torrance
BENJAMIN H. TORRANCE
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: 212.637.2703
Fax: 212.637.2702