**Exhibit B**

# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

VIA FAX
(703) 482-1959

July 20, 2007

John A. Rizzo, Esq.
Acting General Counsel
Office of General Counsel
Central Intelligence Agency
Washington, D.C. 20505

Re:     *Valerie Plame Wilson; Simon & Schuster, Inc. v. J. Michael McConnell, Director of National Intelligence; Central Intelligence Agency, et al.*, No. 07 CV 4595 (BSJ)

Dear Mr. Rizzo:

We represent Valerie Plame Wilson and Simon & Schuster, Inc. in the above-referenced action. I have received the consent of Assistant United States Attorney Benjamin Torrance, on behalf of the government defendants, to contact you directly regarding the ongoing review of Ms. Wilson's manuscript, "Fair Game" ("Manuscript"), by CIA's Publications Review Board ("PRB"). That review is occurring independent of the "single issue" of clearance of Valerie Wilson's dates of federal service now being adjudicated in connection with pending litigation in the United States District Court for the Southern District of New York. I am writing to request that CIA provide a specific and reasonable timeframe for PRB's completion of its review of the revised version of Ms. Wilson's manuscript, which PRB has now had for at least three weeks without providing any substantive response.

On June 20, 2007, Ms. Wilson submitted new chapters 14-16 of her Manuscript to PRB and requested "prompt review." PRB replied that same day confirming receipt and stating that "[w]ill be back in touch . . . once we have completed our review" (emails attached). On June 29, 2007, Ms. Wilson sent a complete version of the Manuscript with revisions to chapters 1-13. In her June 29, 2007 email (copy attached), Ms. Wilson stated that she was available for a conference call with PRB to discuss her revisions the following week and requested that a call be scheduled promptly so that publishing deadlines could be met. On July 3, 2007, Ms. Wilson requested a telephone conference with PRB to discuss her revisions in a timely manner (email attached). On July 3, 2007, Ms. Wilson was informed by PRB that her revised manuscript had been received, but that PRB declined to schedule a conference call (email attached). In an email dated July 5, 2007 (copy attached), Ms. Wilson again wrote to PRB. Her July 5, 2007 email again sought a date and time as soon as possible to review the revised manuscript submitted to PRB "to ensure that the PRB has all the information it needs to identify portions of the manuscript that have changed and to help expedite the final review process." Her email also stated that she "look[ed] forward to working with the PRB and believe[d] that with [its]

John A. Rizzo, Esq.
July 20, 2007
Page 2

cooperation, the pending production schedule and book publication date can be met." In a reply email dated July 5 from PRB's chairman, Richard Puhl, Mr. Puhl confirmed receipt of the revised manuscript but stated that PRB "will not be prepared to re-engage with you until our review is complete."

More than two weeks have now passed since PRB refused to speak with or meet with Ms. Wilson in connection with review of her revised manuscript, and as noted above, PRB has now had the revised manuscript for more than three weeks (and the new chapters 14-16 for a full month). To ensure that Ms. Wilson is able to meet her publication schedule, I am requesting on behalf of Ms. Wilson and her publisher that CIA and PRB provide Ms. Wilson immediately with a specific and reasonable timetable for completion of the review of Ms. Wilson's manuscript. Thank you.

Sincerely,

David B. Smallman

Attachments

```
From: richajp@ucia.gov
To: Joseph Wilson <thewilsonswdc@hotmail.com>
Subject: Re: From Valerie Plame Wilson
Date: Wed, 20 Jun 2007 12:59:25 -0400

Valerie -
Additional chapters received.  Will be back in touch, uh, once we have
completed our review.

Richard

Joseph Wilson wrote:

>Dear Richard,
>
>I am writing to follow up on your 19 April 2007 letter with respect to
>ongoing PRB review of the requested revisions and any new chapters not
>previously reviewed by PRB.  As you know, the "single issue" addressed
in your April 19, 2007 letter is now being reviewed by a Federal
District Court in New York, but it is important that the review process
move forward promptly in all other respects.  Accordingly, attached,
please find the final  chapters  (14,15,16) of my manuscript for your
review.
>
>I will also be emailing to you shortly, as requested in your 19 April
>letter the balance of the entire manuscript reflecting any "required
>deletions".  I understood from your letter and our prior
communications that, in light of the long review process for my book,
that PRB would complete its review of the requested revisions and new
material on a high priority basis.
>
>Thank you for your prompt review of this material so that I may
provide it to the publisher as soon as possible. Once I have PRB's
review of the attached material (and any determination by the court of
the "single issue"), I will look forward to working with you on a
review of galley-proofs. Of course, because of the pending litigation,
all rights are fully reserved.
>
>Sincerely,
>
>Valerie Wilson
```

Date: Tue, 3 Jul 2007 11:53:24 -0400
> From: joyceah@ucia.gov
> To: thewilsonswdc@hotmail.com
> CC: richajp@ucia.gov; prb@ucia.gov
> Subject: Re: FW: Valerie Plame Wilson Manuscript
>
> Valerie: As stated yesterday, we have received your manuscript and have
> begun the review. We do not believe a conference call will be
> productive until we have had time to complete our review. We will
> contact you as soon the review is completed. Joyce.
>
> Joseph Wilson wrote:
> > richard and joyce,
> >
> > kindly confirm that you received the below email sent on friday, 30 july.
> >
> > thank you. valerie wilson
> >
> >
> >
> >
> > -------------------------------------------------------------------------
> >
> > > To: richajp@ucia.gov; joyceah@ucia.gov
> > > Subject: Valerie Plame Wilson Manuscript
> > >
> > > Dear Richard and Joyce,
> > >
> > > I am enclosing for PRB review my complete manuscript. As you are
> > aware, Chapters 1-13 have been reviewed by the PRB. The second half
> > (covering January 2002 forward) of the manuscript was returned to me
> > with redactions on November 21, 2006. You and "Joyce" indicated in your
> > November 1, 2006 meeting with me and in subsequent phone calls and
> > e-mails that there would be opportunities to discuss and remove some of
> > the redactions from Chapters 7 – 13. On February 23, 2007, PRB sent me
> > the first portion of the redacted manuscript (Chapters 1-7). On April 4,
> > you, Joyce and I had a phone call to discuss the redactions in the first
> > half of the manuscript.
> > >
> > > During that phone call, we discussed redactions in the sections
> > relating to my early training with the Agency and the use of certain
> > terminology, which has appeared in other books cleared by PRB. I
> > reiterated this concern in conversations and e-mails with Joyce
> > throughout April 2007, but heard nothing further from the PRB. I have
> > therefore made an effort to change some of the language myself, not to
> > include any classified material, of course, but rather to put back some
> > passages that did not appear to be controversial or problematic, based
> > on my discussions with PRB. Additionally, there were five or six pages
> > in the originally submitted manuscript that concerned three operational
> > vignettes that occurred just prior to the run-up to the Iraq War which I
> > was told were redacted for excessive specificity. I have redrafted those
> > passages by removing as many specific references as possible. Please
> > review the first thirteen chapters with these points in mind.

> > >
> > > I am also re-sending Chapters 14-16, which were initially sent to the
> > PRB for initial review on June 20, 2007. There are no changes from the
> > version that was forwarded to the Agency last week, but I believe that
> > it would be easier for the PRB to review the manuscript as a whole.
> > >
> > > I am available to have a conference call with you or Joyce to discuss
> > my revisions during the week of July 2nd (with the exception of the
> > holiday on July 4th). Please keep in mind that my publisher needs to
> > finalize the copy editing stage by July 18th in order to meet their
> > publishing deadline. I would greatly appreciate it if we could schedule
> > a call promptly so that the PRB can complete its review of the
> > manuscript as expeditiously as possible, to permit those deadlines to be
> > met. Thank you.
> > >
> > > Valerie Wilson
> > >

From: thewilsonswdc@hotmail.com
To: richajp@ucia.gov
Subject: From Valerie Plame Wilson
Date: Thu, 5 Jul 2007 13:25:39 +0000

Dear Richard,

In order to clear my manuscript in a timely manner, I'ld like to schedule and confirm with you a date and time, as soon as possible, (but no later than early next week) to review the revised manuscript (Chapters 1-16) that I have recently submitted to the PRB. A conference call is neccessay (with both you and Joyce) to ensure that the PRB has all the information it needs to identify portions of the manuscript that have changed and to help expedite the final review process mentioned in your 19 April letter. I made the manuscript alterations based upon the guidelines as I understand them and our previous discussions. I look forward to working with the PRB and believe that with your cooperation, the pending production schedule and book publication date can be met.

Thank you.

Sincerely,

Valerie Plame Wilson

Date: Thu, 5 Jul 2007 15:46:55 -0400
> From: joyceah@ucia.gov
> To: thewilsonswdc@hotmail.com
> CC: richajp@ucia.gov
> Subject: Response to Phone Msg, 5 JUL 07
>
> Valerie,
>
> We had problems with our e-mail this morning right up till about noon.
> Richard has been in meetings all afternoon, so I don't know if he
> received your most recent message. I'll leave a note if I don't see him
> before I depart. Joyce

Date: Thu, 5 Jul 2007 16:35:13 -0400
> From: richajp@ucia.gov
> To: thewilsonswdc@hotmail.com
> CC: PRb@ucia.gov
> Subject: Re: From Valerie Plame Wilson
>
> Valerie -
> As Joyce has mentioned to you, we have received the latest version of
> your manuscript and are currently reviewing it. We also look forward to
> working with you, but we will not be prepared to re-engage with you
> until our review is complete. We will notify you immediately at that time.
>
> Richard
>
> Joseph Wilson wrote:
> > Dear Richard,
> >
> > In order to clear my manuscript in a timely manner, I'd like to
> > schedule and confirm with you a date and time, as soon as possible, (but
> > no later than early next week) to review the revised manuscript
> > (Chapters 1-16) that I have recently submitted to the PRB. A conference
> > call is neccessay (with both you and Joyce) to ensure that the PRB has
> > all the information it needs to identify portions of the manuscript that
> > have changed and to help expedite the final review process mentioned in
> > your 19 April letter. I made the manuscript alterations based upon the
> > guidelines as I understand them and our previous discussions. I look
> > forward to working with the PRB and believe that with your cooperation,
> > the pending production schedule and book publication date can be met.
> >
> > Thank you.
> >
> > Sincerely,
> >
> > Valerie Plame Wilson
> >