

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

July 27, 2007

By Hand
The Honorable Barbara S. Jones
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York  10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  8/1/07  AL

  Re: Wilson et al. v. McConnell et al.
      07 Civ. 4595 (BSJ)

Dear Judge Jones:

On behalf of defendants in the above-referenced matter, we write to request an adjournment of our time to answer the complaint in this action. Although cross-motions for summary judgment are already fully submitted in this case, our answer is not due until July 30, 2007. Plaintiffs have consented to an adjournment until Thursday August 2, at which time we will submit a fuller agreement as to the need for and timing of any answer in this case.

We thank the Court for its consideration of this request.

*Application granted. The defendants' time to answer is extended to Aug. 2, 2007.*

                        Respectfully,

                        MICHAEL J. GARCIA
                        United States Attorney

                    By: Beth
                        BETH E. GOLDMAN
                        Assistant United States Attorney
                        Tel.: (212) 637-2732

cc: David B. Smallman, Esq. (by fax)

SO ORDERED
Dated:  7/30/07
                        BARBARA S. JONES
                        U.S.D.J.