UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VALERIE PLAME WILSON; SIMON &
SHUSTER, INC.,

                    Plaintiffs,

      -against-

J. MICHAEL McCONNELL, in his official capacity
as Director of National Intelligence Agency; CENTRAL
INTELLIGENCE AGENCY; GEN. MICHAEL V.
HAYDEN, in his official capacity as Director of
Central Intelligence Agency,

                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/07

07 CIVIL 4595 (BSJ)

**JUDGMENT**

      The parties having cross-moved for summary judgment without discovery, and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on August 1, 2007, having rendered its Opinion and Order denying plaintiffs' motion for summary judgment and granting defendants' motion for summary judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 1, 2007, plaintiffs' motion for summary judgment is denied and defendants' motion for summary judgment is granted.

**Dated:** New York, New York
          August 3, 2007

                                                        J. MICHAEL McMAHON
                                                             Clerk of Court
                                   BY:
                                                              Deputy Clerk

                                                   THIS DOCUMENT WAS ENTERED
                                                   ON THE DOCKET ON _____