UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x  **ECF**

VALERIE PLAME WILSON;
SIMON & SCHUSTER, INC.,                    Civil Action No. 07 CV 4595
(BSJ)

    Plaintiffs,

        v.

J. MICHAEL MCCONNELL,
IN HIS OFFICIAL CAPACITY AS DIRECTOR
OF NATIONAL INTELLIGENCE;
CENTRAL INTELLIGENCE AGENCY;
GEN. MICHAEL V. HAYDEN, IN HIS
OFFICIAL CAPACITY AS DIRECTOR OF
CENTRAL INTELLIGENCE AGENCY,

    Defendants.
-------------------------------------------------------------x

### NOTICE OF CORRECTION OF AFFILIATION AND ADDRESS OF PLAINTIFFS' LEAD COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please notice that my law firm affiliation and address is incorrectly listed on the docket for the above-referenced action, and should be listed as: WOLLMUTH MAHER & DEUTSCH LLP, 500 Fifth Avenue, New York, New York 10110, Tel. (212) 382-3300. My previous appearance in this case as lead counsel for Plaintiffs Valerie Plame Wilson and Simon & Schuster, Inc should be entered accordingly.

Dated: September 27, 2007
New York, New York

WOLLMUTH MAHER & DEUTSCH LLP

By: _____/s/_____
   David B. Smallman (DS-5316)
500 Fifth Avenue
New York, NY 10101
Tel: (212) 382-3300
Fax: (212) 382-0050
dsmallman@wmd-law.com
Attorneys for Plaintiffs
Valerie Plame Wilson and Simon & Schuster, Inc.