UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VALERIE PLAME WILSON;
SIMON & SCHUSTER, INC.,

                Plaintiff,

                07  CIVIL 4595   ( BSJ )

    -against-

J. MICHAEL MCCONNELL, in his official
capacity as Director of National Intelligence;
CENTRAL INTELLIGENCE   Defendant.
AGENCY; GEN. MICHAEL V. HAYDEN, in his official capacity
as Director of   **NOTICE OF CHANGE OF ADDRESS**
Central Intelligence
Agency
-----------------------------------------------------------x

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: David B. Smallman (DS-5316)

☐ **Attorney**

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:

        _____

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ **Law Firm/Government Agency Association**

    From: Frankfurt Kurnit Klein & Selz, P.C.

    To: Wollmuth Maher & Deutsch LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 500 Fifth Avenue, New York, NY 10110

☒ *Telephone Number:* (212) 382-3300

☒ *Fax Number:* (212) 382-0050

☒ *E-Mail Address:* dsmallman@wmd-law.com

Dated: October 3, 2007         /s/ D.B. Smallman