


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

December 19, 2007

**VIA HAND DELIVERY**
The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl St., Room 620
New York, NY 10007

    Re:    Wilson v. McConnell
           07 Civ. 4595 (BSJ); 07 Civ. 4244 (2d. Cir)

Dear Judge Jones:

    This Office is in receipt of Plaintiffs' letter dated December 18, 2007, requesting that the Court unseal an exhibit previously filed under seal. AUSA Benjamin Torrance is handling the above-referenced matter, but he is presently out of the office for the holidays. Accordingly, we respectfully request until January 4, 2008, to enable AUSA Torrance to respond to Plaintiffs' letter.

    We thank the Court for its consideration.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                            United States Attorney
                            Southern District of New York

By:                     /s/
                            CAROLINA A. FORNOS
                            Assistant United States Attorney
                            Tel.: (212) 637-2740
                            Fax : (212) 637-2702

**Via Facsimile and First Class Mail**
cc:    David B. Smallman, Esq.
       Wollmuth Maher & Deutsch LLP
       500 Fifth Avenue
       New York, NY 10110

Application Granted.

SO ORDERED
Dated: /s/ Barbara S. Jones
              U.S.D.J.

12/20/07