```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
VALERIE PLAME WILSON; SIMON         :
& SCHUSTER, INC.,                   :
                                    :
                     Plaintiffs,    :
                                    :
          v.                        :
                                    :  07 Cv. 4595 (BSJ)
                                    :
                                    :      Order
                                    :
J. MICHAEL McCONNELL, in his        :
official capacity as Director of    :
National Intelligence Agency;       :
CENTRAL INTELLIGENCE AGENCY;        :
GEN. MICHAEL V. HAYDEN, in his      :
official capacity as Director of    :
Central Intelligence Agency,        :
                                    :
                     Defendants.    :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

At the request of the parties in this matter, the Court reviewed Exhibit B to the Declaration of David B. Smallman in Support of Plaintiffs' Motion for Summary Judgment, which was previously filed under seal on June 29, 2007, to determine whether one page had been inadvertently omitted as a result of a copying error. Having determined that the page in question was included in Exhibit B, the Court has re-sealed and re-filed this Exhibit in its original form.

The parties have informed the Court that this Exhibit B will also be filed publicly subject to certain



redactions. Plaintiffs have informed the Court in writing that they do not waive and fully reserve "all of their rights with respect to whether any redactions . . . [to] Exhibit B are proper." Letter from D. Smallman (Dec. 18, 2007). Defendants (the "government") have informed the Court that the filing of Plaintiffs' Exhibit B in its redacted form "should not be taken as endorsement or acknowledgement by the government of the documents in that exhibit or any facts or content they contain, or acceptance of the exhibit by the government for any purpose." Letter from B. Torrance (Jan. 4, 2008).

**SO ORDERED:**

Dated:  New York, New York
        January 16, 2008

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE